UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS,

                                Plaintiff,

                          -against-

THE CITY OF RYE, THE CITY OF RYE CITY COUNCIL,
and KERRY LENIHAN, BUILDING INSPECTOR (in his
official capacity),

                               Defendants.

-------------------------------------------------------------------------x

**Rule 7.1 Statement**

DOCKET NO.: 19-cv-10159

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, New York SMSA Limited Partnership d/b/a Verizon Wireless, certifies the following:

New York SMSA Limited Partnership d/b/a Verizon Wireless is a New York limited partnership, with its principal place of business at One Verizon Way, Basking Ridge, NJ 07920. It is composed of the following two partners:

- Cellco Partnership d/b/a Verizon Wireless ("Cellco") is a general partnership formed under the laws of the State of Delaware.  Cellco has four partners in total and is indirectly, wholly owned by Verizon Communications Inc. ("Verizon").  Verizon, a publicly traded company, has its principal place of business at 1095 Avenue of the Americas, New York, New York. The following is a listing of partners:

    **Bell Atlantic Mobile Systems LLC, One Verizon Way, Basking Ridge, NJ 07920-1097**
    **-** a Delaware limited liability company with its principal place of business in New Jersey
    **-** whose sole member is MCI Communications Services, Inc., a Delaware corporation with its principal place of business in New Jersey

    **GTE Wireless LLC**, **One Verizon Way, Basking Ridge, NJ  07920-1097**
    **-** a Delaware limited liability company with its principal place of business in New Jersey
    **-** whose sole member is GTE LLC, a Delaware limited liability company with is principal place of business in New Jersey

1

> **Verizon Americas Inc.**, **One Verizon Way, Basking Ridge, NJ  07920-1097**
> - a Delaware corporation with its principal place of business in New Jersey
>
> **GTE Wireless of the Midwest Incorporated, One Verizon Way, Basking Ridge, NJ 07920-1097**
>  - an Indiana corporation with its principal place of business in New Jersey
>  - whose sole member is Verizon Americas Inc.

- Bell Atlantic Mobile Systems of Allentown, Inc., One Verizon Way, Basking Ridge, NJ 07920-1097**,** a Delaware corporation with its principal place of business in New Jersey.

Date:  October 31, 2019

/s/ Leslie J. Snyder
Leslie J. Snyder
Snyder & Snyder, LLP