UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YORK SMSA LIMITED PARTNERSHIP
d/b/a VERIZON WIRELESS,

                    Plaintiff,

    -against-                                    19 **CIVIL** 10159 (NSR)

## JUDGMENT

THE CITY OF RYE, THE CITY OF RYE
CITY COUNCIL, and KERRY LENIHAN, in
his official capacity as Building Inspector for
the City of Rye,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2022, Plaintiff's request for enforcement of the parties' settlement agreement is GRANTED and its request to hold Defendants in civil contempt is DENIED. Specifically, the Court has GRANTED Plaintiff's request seeking to compel Defendants to comply with all provisions of the settlement agreement, including the issuance of a building permit in accordance with the terms of the settlement agreement. Judgment is entered in Plaintiff's favor.

**Dated:** New York, New York

      July 29, 2022

                                                    **RUBY J. KRAJICK**

                                                      Clerk of Court

                              **BY:**    *K. Mango*

                                                      **Deputy Clerk**